UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED FOODS, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, et al. | CASE NO: 1:98cv1082-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation Of Dismissal entered on November 9, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/16/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/22/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:98-CV-01082 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Marsha S. Edney
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Rm. 7148
20 Massachusetts Ave., N.W.
Washington, DC 20530

Jonathan B. New
DEPARTMENT OF JUSTICE
901 E St., NW
Room 1028
Washington, DC 20530

Bradley A. MacLean
STITES & HARBISON PLLC
424 Church Street
Eighteenth Floor
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT